

**SO ORDERED.**

**SIGNED this 13 day of October, 2010.**

_____
JAMES D. WALKER, JR.
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DAIRY PRODUCTION SYSTEMS-GEORGIA LLC, | ) ) | Case No. 10-11752-JDW |
| | ) | |
| DAIRY PRODUCTION SYSTEMS, LLC, | ) | Case No. 10-11754-JDW |
| | ) | |
| DAIRY PRODUCTION SYSTEMS-MISSISSIPPI, LLC, | ) ) | Case No. 10-11755-JDW |
| | ) | |
| NEW FRONTIER DAIRY, LLC | ) | Case No. 10-11756-JDW |
| | ) | |
| HEIFER HAVEN, LLC | ) | Case No. 10-11757-JDW |
| | ) | |
| Debtors. | ) ) | |

**ORDER DIRECTING JOINT ADMINISTRATION OF CASES PURSUANT TO
BANKRUPTCY RULE 1015(b) *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the application (the "Application") of Dairy Production Systems - Georgia LLC, ("DPS-Georgia"), Dairy Production Systems, LLC ("DPS"), Dairy Production Systems - Mississippi, LLC, ("DPS-Mississippi"), New Frontier Dairy, LLC, ("New Frontier Dairy"), and Heifer Haven, LLC ("HH"; DPS-Georgia, DPS, DPS Mississippi, New Frontier Dairy, and HH

2897857v1

are collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), for an order administratively consolidating their respective Chapter 11 cases for procedural purposes only pursuant to Federal Rule of Bankruptcy Procedure 1015(b); and upon the Declaration of David P. Sumrall, President and CEO of the Debtors, in Support of Chapter 11 Petitions and First-Day Orders (the "Sumrall Declaration"); and this Court having determined that joint administration of these Chapter 11 cases is in the best interests of the Debtors, their respective bankruptcy estates and creditors; and it further appearing that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Debtors are affiliates of one another as such term is defined in Section 101(2)(B) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b)

2. The Bankruptcy Cases are consolidated for procedural purposes only and shall be administered jointly by the Court *nunc pro tunc* to the Petition Date.

3. The caption of these jointly administered Bankruptcy Cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| In re: | ) | Chapter 11 |
|---|---|---|
|  | ) |  |
| DAIRY PRODUCTION SYSTEMS- | ) | Case No. 10-11752-JDW |
| GEORGIA LLC, DAIRY | ) |  |
| PRODUCTION SYSTEMS, LLC, | ) |  |
| DAIRY PRODUCTION SYSTEMS- | ) |  |
| MISSISSIPPI, LLC, NEW FRONTIER | ) |  |

| | | |
|---|---|---|
| **DAIRY, LLC, and HEIFER HAVEN, LLC** | ) ) ) | **Jointly Administered** |
| **Debtors.** | ) ) ) | |

4. A docket entry shall be made in each of the Debtors' respective bankruptcy cases substantially as follows:

An order (the "Consolidation Order") has been entered in this bankruptcy case directing the procedural consolidation and joint administration of the Chapter 11 cases listed below *nunc pro tunc* to the Petition Date. The docket in Case No. 10-11752-JDW should be consulted for all matters affecting this bankruptcy case. The following Chapter 11 cases have been consolidated pursuant to the Consolidation Order.

> Dairy Production Systems - Georgia LLC
> Dairy Production Systems, LLC
> Dairy Production Systems - Mississippi, LLC
> New Frontier Dairy, LLC
> Heifer Haven, LLC

### *** END OF ORDER ***

Prepared and presented by:

/s/ Sean C. Kulka
Neil C. Gordon (Bar No. 302387)
Sean C. Kulka (Bar No. 648919)
Zachary D. Wilson (Bar No. 102079)
171 17th Street, N.W., Suite 2100
Atlanta. GA 30363-1031
Telephone: (404) 873-8500
Facsimile: (404) 883-8501

*Proposed Attorneys for Debtors
and Debtors-in-Possession*